

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Larry Paul Hollaway, a/k/a Larry Paul Holloway, Appellant

No. 06-13-00255-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 13-F0144-102). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect conviction of second degree felony aggravated assault, remand the case to the trial court for a new punishment hearing commensurate with the reduced degree of the crime of conviction, and otherwise affirm the trial court's judgment.

We further order that the appellant and appellee shall each pay one half of all costs of appeal.

RENDERED OCTOBER 1, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk